**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1591**

TAJIIA RAMONE HARDY,

       Plaintiff - Appellant,

     v.

CHRISTY SMITH CAR INSURANCE; RALEIGH GENERAL HOSPITAL; SHERIFF OF RALEIGH COUNTY; JAN-CARE AMBULANCE SERVICE; DODGE MANUFACTURE; MED-EXPRESS; RALEIGH COUNTY DHHR OFFICE; LT. T. L. MILES, Raleigh Co. SD; CPL. R. TALLEY, Raleigh Co. SD; JOHN SMITH, Car Owner; CHRISTY SMITH, Car Owner; MOHAMAD KALOU, M.D., Med Express; JESSICA SHARP, FNP, RGH (ER); KRISTINA KILLEN, CFNP, Med Express; J. MINGO WINTERS, Fired Attorney; JOSE S. ROMERO, RGH (ER); MRS. MOORE; SSI DISABILITY; CITY OF BECKLEY; STATE OF WV; SSI CORPORATION BECKLEY; SSI CORPORATION CHARLESTON; DISABILITY CORPORATION BECKLEY; DISABILITY CORPORATION CHARLESTON; SS OFFICE BECKLEY; MR. MOSS; RICHARD MEADOWS; ACCESS HEALTH,

       Defendants - Appellees.

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley. Irene C. Berger, District Judge. (5:17-cv-02346)

Submitted: September 13, 2018           Decided: September 17, 2018

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Tajiia Ramone Hardy, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tajiia Ramone Hardy appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find that this appeal is frivolous. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Hardy v. Christy Smith Car Ins.*, No. 5:17-cv-02346 (S.D.W. Va. May 4, 2018 & May 21, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*